People v Jones (2023 NY Slip Op 05479)

People v Jones

2023 NY Slip Op 05479

Decided on October 31, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 31, 2023

Before: Kapnick, J.P., Gesmer, Scarpulla, Rodriguez, O'Neill Levy, JJ. 

Ind. Nos. 1232/18, 1311/18 Appeal No. 934-934A Case No. 2020-00629 

[*1]The People of the State of New York, Respondent,
v
Donte Jones, Defendant-Appellant.

Mark W. Zeno, Center for Appellate Litigation, New York (Katia A. Barron of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Noah J. Sexton of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered October 3, 2019, convicting defendant, upon his plea of guilty, of manslaughter in the first degree and assault in the second degree, and sentencing him to concurrent terms of 15 years and 3 years with 5 years postrelease supervision on each count, unanimously modified, on the law, to the extent of reducing the term of postrelease supervision on the assault conviction to 3 years, and otherwise affirmed.
The period of postrelease supervision is reduced on the assault conviction because, as the People concede, the maximum period of supervision on the class D
violent felony is three years (Penal Law § 70.45[2][e]). We otherwise perceive no basis for reducing the sentence. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 31, 2023